IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARSHALL B. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:05cv24-MHT |
| | ) |
| CAPTAIN NETTLES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On 20 September 2006, the Magistrate Judge filed a Recommendation (Doc. #28) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that this case is hereby DISMISSED without prejudice for failure of the plaintiff to properly prosecute this action and his failure to comply with the orders of this court..

DONE, this the 2nd day of November, 2006.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE